UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Juan Acosta</u>

         v.                              Civil No. 07-cv-181-PB

<u>NH State Prison, Warden</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated August 2, 2007, no objection having been filed.

SO ORDERED.

September 25, 2007                      <u>/s/ Paul Barbadoro</u>
                                                      Paul Barbadoro
                                                      United States District Judge

cc:    Juan Acosta, pro se
        Karin Eckel, Esq.