UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Pablo Acosta

     v.                       Civil No. 07-cv-00181-JL

N.H. State Prison, Warden


**O R D E R**


    The warden's motion for summary judgment (document #11) is denied without prejudice due to its age and the delays resulting from the petitioner's lack of counsel.

    The petitioner may re-file the motion supplemented with new information obtained since the motion's original filing in December, 2007.  Alternatively, if the petitioner would like to proceed on the motion in its current form, simply file a Notice of Reinstatement, and the court will consider it in its current form.


    **SO ORDERED.**

                                      _____
                                      Joseph N. Laplante
                                      United States District Judge


Dated:    August 11, 2008

cc:      Philip H. Utter, Esq.
         Karin M. Eckel, Esq.
         Stephen D. Fuller, Esq.