UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Pablo Acosta</u>

    v.                       Civil No. 07-cv-00181-JL

<u>N.H. State Prison, Warden</u>

### AMENDED ORDER

The warden's motion for summary judgment (document #11) is denied without prejudice due to its age and the delays resulting from the petitioner's lack of counsel.

The respondent may re-file the motion supplemented with new information obtained since the motion's original filing in December, 2007. Alternatively, if the respondent would like to proceed on the motion in its current form, simply file a Notice of Reinstatement, and the court will consider it in its current form.

This order vacates doc. #19 (order dated 8/11/08).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:    August 11, 2008

cc:      Philip H. Utter, Esq.
           Karin M. Eckel, Esq.
           Stephen D. Fuller, Esq.